UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN HIRSCH,<br><br>       Plaintiff,<br><br>-against-<br><br>CENTRAL PARK WEST DENTAL STUDIO, PLLC,<br><br>       Defendant. | 23-cv-05260 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons stated on the record at today's conference, the Court granted counsel for Defendant's motion to withdraw as counsel. IT IS HEREBY ORDERED that Defendant shall obtain new counsel and have that counsel file a notice of appearance in this case by **November 10, 2023**. Defendant shall respond to Plaintiff's complaint by **December 1, 2023**. IT IS FURTHER ORDERED that the parties shall schedule a mediation to take place by **December 11, 2023**. The initial pre-trial conference is adjourned from November 15, 2023 to **December 19, 2023 at 10:30 a.m.** Defendant was present at the conference and acknowledged and confirmed the aforementioned deadlines.

  The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant at 350 Central Park West, Suite 1E, New York, New York 10025.

Dated: October 11, 2023
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge